kowitz, Edelman & Dicker, LLP, McLean, Virginia, for Appellee.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sylvia Caravetta appeals the district court's order dismissing her civil complaint against James River Insurance Company. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Caravetta v. James River Ins. Co.*, No. 1:11–cv–540–JCC–JFA, 2011 WL 6694539 (E.D.Va. Dec. 21, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tibel Clark petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his Fed.R.Civ.P. 60(b) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Clark's Rule 60(b) motion on July 12, 2012. Accordingly, because the district court has recently addressed Clark's motion, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*

**In re Tibel CLARK, a/k/a Felix Johnson, Petitioner.**

No. 12–1794.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 11, 2012.

Decided: Oct. 15, 2012.

Tibel Clark, Petitioner Pro Se.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Victoria BOATENG, Defendant– Appellant.**

No. 12–6984.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 11, 2012.

Decided: Oct. 15, 2012.